dor with the Pecks regarding his suspicions as to the check, the jury could also reasonably infer Mayo's intent to deceive as he made multiple statements casting suspicion on Lincoln Trust. This would support an inference that Mayo intended to deceive the Pecks into believing that he had, in fact, issued the check.

In light of the foregoing, we conclude that Mayo's convictions for mail fraud and forgery are supported by sufficient evidence. We, therefore, affirm.

**AFFIRMED.**

Before TJOFLAT, BIRCH and FAY, Circuit Judges.

PER CURIAM:

Monique A. Brochu, appointed counsel for Quason Ratrone Gray in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Gray's convictions and sentences are **AFFIRMED.**

**UNITED STATES of America,**
Plaintiff–Appellee,

v.

**Quason Ratrone GRAY, a.k.a. Clay,**
a.k.a. 4 Stroke, Defendant–
Appellant.

No. 05–13274
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 9, 2006.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Monique Arianne Brochu, Ft. Lauderdale, FL, for Defendant–Appellant.

**UNITED STATES of America,**
Plaintiff–Appellee,

v.

**Emmett JIMERSON, Defendant–**
Appellant.

No. 06–10759
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 9, 2006.